[No. 461.    Decided March 29, 1892.]

TACOMA LUMBER AND MANUFACTURING COMPANY, *Respondent*, v. SAMUEL WOLFF, *Appellant*.

APPEAL—RIGHT TO DISMISS.

Rule 22 of the supreme court, providing that a motion by respondent to dismiss an appeal must be stated in his brief, and will be heard at the time the cause is assigned on the calendar, cannot

be construed as taking away the appellant's right to dismiss his appeal at any time.

*Appeal from Superior Court, Pierce County.*

*Calkins & Shackleford, Pritchard, Stevens, Grosscup & Seymour,* and *James Wickersham,* for appellant.

*Judson & Sharpstein,* and *Crowley & Sullivan,* for respondent.

The opinion of the court was delivered by

Stiles, J.—The appellants, after the transcript and the briefs of both sides are on file, move to dismiss the appeal. The respondent having moved to dismiss in its brief, under rule 22, objects that the motion now made should not be heard. We do not think the rule should be interpreted to take from the appellants the right to control their case, and the motion is therefore granted.

Anders, C. J., and Dunbar, Scott and Hoyt, JJ., concur.